# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Asil Hubley<br><br>*Plaintiff*<br>v.<br>Spokane County Jail; Administration Officers HS 1808 and 1778; Sexual Assault Responding Officer<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 2:16-cv-00058-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   ECF No. 12, is ADOPTED.
           ECF No. 8, is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for
Adopting Report and Rcommendation, ECF No. 12, and Dismissing with prejudice Plaintiff's Amended Complaint, ECF 8.

Date: 06/28/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler